■ The People of the State of New York, Respondent, v Suzette Williams, Appellant.—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Savarese, J.), imposed October 23, 1990.

Ordered that the sentence is affirmed and the matter is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Eiber, Balletta and Rosenblatt, JJ., concur.